**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JOHN MAGPANTAY,

      Defendant.

                          /

No. CR 10-00102 CRB

**ORDER CONSENTING TO REFERRAL TO JUDGE ALSUP**

This Court hereby CONSENTS to assignment of the pending motion for emergency injunctive relief (dkt. 45) to Judge Alsup as described in his Order inviting assignment of motions filed in eight cases raising substantially the same issues. See Order Re Assignment, No. CR-00-091-WHA, dkt. 52. Accordingly, the Court VACATES the hearing scheduled for March 27, 2013 before the undersigned. Ms. Green shall serve a copy of this Order on Ms. Dresbaugh's counsel and counsel for the California Labor Commissioner.

    **IT IS SO ORDERED.**

Dated: March 21, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE